`IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

XIY QING LIN, et al.,              :        CIVIL ACTION
                                   :
              Plaintiffs,          :        NO. 07-5329
                                   :
       v.                          :
                                   :
MICHAEL CHERTOFF, et al.,          :
                                   :
              Defendants.          :

## ORDER

AND NOW, this 26th day of August, 2009, upon consideration of the Motion to

Dismiss filed by Defendants Michael Chertoff, Julie L. Myers, and Thomas Decker ("the Moving

Defendants") (Doc. No. 16), Plaintiffs' Response in Opposition thereto (Doc. No. 19), and the

Moving Defendants' Reply (Doc. No. 20) it is hereby ORDERED as follows:

1.     Plaintiffs' motion for a temporary restraining order, to the extent that is still
       pending, is DENIED AS MOOT as to all defendants.

2.     Plaintiffs' claims for injunctive and declaratory relief are DISMISSED as to all
       defendants for lack of standing.

3.     Plaintiffs' Administrative Procedure Act Claim is DISMISSED as to all
       defendants.

4.     Plaintiffs' petition for writs of mandamus is DENIED.

5.     Plaintiffs' Bivens claim against the Moving Defendants in their official capacities
       is DISMISSED.

6.     Plaintiffs' request to amend their Amended Complaint to name the Moving
       Defendants in their individual capacities is DENIED.

7.     Plaintiffs' request to amend their Amended Complaint to assert a Federal Tort
       Claim is DENIED.

8.      Plaintiffs shall have 30 days to SHOW CAUSE why their claims against the
        Unidentified Agents shall not be dismissed for failure to file proof of service.

9.      The Moving Defendants' Motion to Dismiss (Doc. No. 16) is GRANTED..

10.     Defendants Chertoff, Myers, and Decker are TERMINATED as parties to the
        above-captioned action.

BY THE COURT:


        S/ C. Darnell Jones II
                                                    J.